IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND ELECTRICAL INDUSTRY   *
HEALTH FUND, et al.,
                                                         *

        Plaintiffs
                                                  *

v.                                                          Civil Action No. S 01-281
                                                  *

SUNSHINE ELECTRIC, INC.,
                                                  *

        Defendant
                                                  *

and
                                                 *

PROVIDENT BANK OF MARYLAND.
                                               *

        Garnishee

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## CONSENT TO DISBURSEMENT

TO GARNISHEE, PROVIDENT BANK OF MARYLAND:

Please be advised that a Consent to Disbursement has been agreed to by and between Plaintiffs/Judgment Creditors, Maryland Electrical Industry Health Fund, et al., and Defendant/Judgment Debtor Sunshine Electric, Inc., on the 8th day of February, 2002 in the amount of $9,252.83. In consideration of the disbursement, the Plaintiffs/Judgment Creditors request that the garnishment of property be dismissed. Please make the check payable to the *Maryland Electrical Industry Funds.*

Please mail the check to:

    Corey Smith Bott, Esquire
    Abato, Rubenstein and Abato, P.A.
    809 Gleneagles Court, Suite 320
    Baltimore, Maryland 21286



SEEN AND AGREED:

_____
Corey Smith Bott
Abato, Rubenstein and Abato, P.A.
809 Gleneagles Court, Suite 320
Baltimore, MD 21286
Attorneys for Plaintiffs/Judgment Creditors


_____ (cal w/ permiss to)
Sherry Ffuend, President
Sunshine Electric, Inc.
P.O. Box 43992
Baltimore, Maryland 21236


SO ORDERED this 11th day of February, 2002.

_____
Frederic N. Smalkin
United States District Chief Judge

2