IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND ELECTRICAL INDUSTRY  \*
HEALTH FUND, et al.,
                               \*

      Plaintiffs
                               \*

v.                                     Civil Action No. S 01-281
                               \*

SUNSHINE ELECTRIC, INC.,
                               \*

      Defendant
                               \*

and
                               \*

ENTERPRISE ELECTRIC CO., INC.
                               \*

      Garnishee

\*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*  \*

## MOTION FOR DISMISSAL OF WRIT OF GARNISHMENT OF PROPERTY

Plaintiffs/Judgment Creditors, Maryland Electrical Industry Health Fund, et al., by and through their attorneys, James T. Kimble, Corey Smith Bott and the law firm of Abato, Rubenstein and Abato, P.A., respectfully request that the Writ of Garnishment of Property issued by the Court on April 1, 2002 and served on Garnishee, Enterprise Electric Co., Inc., on April 4, 2002 be dismissed.

                                            _/s/ James J. Kimble /csf_
                                            James T. Kimble
                                            Bar No. 23456

                                            _/s/ Corey S. Bott_
                                            Corey Smith Bott
                                            Bar No. 25673
                                            Abato, Rubenstein and Abato, P.A.
                                            809 Gleneagles Court, Suite 320
                                            Baltimore, Maryland 21286
                                            (410) 321-0990

SO ORDERED this \_\_17th\_\_ day of \_\_April\_\_, 2002.

_____
Frederic N. Smalkin
Chief United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this \_\_16th\_\_ day of April, 2002, I caused to be mailed, first class, postage prepaid, a copy of the foregoing Motion for Dismissal of Writ of Garnishment of Property to the following:

Ms. Sherry Fruend
Sunshine Electric, Inc.
P.O. Box 43992
Baltimore, Maryland 21236

Defendant/Judgment Debtor

and

Mr. N. Frederick Churchman
Enterprise Electric Company, Inc.
4204 Shannon Drive
Baltimore, Maryland 21213

Garnishee

_____
Corey Smith Bott

2

LAW OFFICES
# ABATO, RUBENSTEIN AND ABATO, P.A.

| | | |
|---|---|---|
| H. Victoria Hedian<br>James T. Kimble+<br>Kimberly L. Bradley<br>James R. Rosenberg •<br>Paul D. Starr •<br>Corey Smith Bott | 809 Gleneagles Court<br>Suite 320<br>Baltimore, Maryland 21286<br>(410) 321-0990<br>(410) 321-1419 Fax | Cosimo C. Abato<br>(1930 - 1995)<br>Anthony A. Abato, Jr.<br>(Of Counsel)<br>Bernard W. Rubenstein<br>(Of Counsel) |

+ Also admitted in DC & VA
• Also admitted in DC

April 15, 2002

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

APR 1 7 2002

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

Felicia C. Cannon, Clerk
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:   Maryland Electrical Industry Health Fund, et al. v. Sunshine Electric, Inc. and Enterprise Electric Company, Inc. (as garnishee)
Civil Action No. S 01-0281

Dear Ms. Cannon:

Enclosed please find an original and two copies of a Motion for Dismissal of the Writ of Garnishment of Property to be filed in the above referenced matter on behalf of Plaintiffs, Maryland Electrical Industry Health Fund, et al. After docketing same, please forward the motion to Chief Judge Smalkin for his consideration.

Thank you for your assistance. If you have any questions, or require any additional information, please do not hesitate to contact me.

Very truly yours,

Corey Smith Bott

CSB/jlf
Enclosures