IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MARYLAND ELECTRICAL INDUSTRY *
HEALTH FUND, et al.,
                *

    Plaintiffs
                *

v.                              Civil Action No. S 01-281
                *

SUNSHINE ELECTRIC, INC.,
                *

    Defendant
                *

and
                *

PROVIDENT BANK OF MARYLAND,
                *

    Garnishee

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## ORDER

It appearing from the record that a Writ of Garnishment of Property Other Than Wages was issued by this Court on April 1, 2002, and that said Writ was mailed restricted delivery to Garnishee Provident Bank of Maryland on April 3, 2002, and was received on April 4, 2002, as is shown by the Affidavit of Service on file in this action;

And it further appearing that Garnishee, Provident Bank of Maryland answered the Writ of Garnishment of Property Other Than Wages, confessing that it does not have any assets of SUNSHINE ELECTRIC, INC., Defendant and Judgment Debtor;

It is therefore this 30th day of July, 2002, by the United States District Court for the District of Maryland,

ORDERED, that the Writ of Garnishment of Property Other Than Wages



against Garnishee, Provident Bank of Maryland, in the above captioned matter, be dismissed.

_____
Frederic N. Smalkin
Chief United States District Judge

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this ___29th___ day of July, 2002, I caused to be mailed, first class, postage prepaid, a copy of the foregoing Motion for Dismissal of Writ of Garnishment of Property to the following:

Ms. Sherry Fruend
Sunshine Electric, Inc.
P.O. Box 43992
Baltimore, Maryland 21236

Defendant/Judgment Debtor

and

Robert L. Davis, Esquire
Provident Bank of Maryland
P.O. Box 1661
Baltimore, Maryland 21203-1661

Garnishee

_____
Corey Smith Bott

2

## LAW OFFICES
## ABATO, RUBENSTEIN AND ABATO, P.A.

H. Victoria Hedian
James T. Kimble+
Kimberly L. Bradley
James R. Rosenberg •
Paul D. Starr •
Corey Smith Bott

809 Gleneagles Court
Suite 320
Baltimore, Maryland 21286
(410) 321-0990
(410) 321-1419 Fax

Cosimo C. Abato
(1930 - 1995)
Anthony A. Abato, Jr.
(Of Counsel)
Bernard W. Rubenstein
(Of Counsel)

+ Also admitted in DC & VA
• Also admitted in DC

July 29, 2002



Felicia C. Cannon, Clerk
United States District Court
for the District of Maryland
101 W. Lombard Street
Baltimore, Maryland 21201

Re:  Maryland Electrical Industry Health Fund, et al. v. Sunshine Electric, Inc. and
Provident Bank of Maryland (as garnishee)
Civil Action No. S 01-0281

Dear Ms. Cannon:

Enclosed please find an original and two copies of an Order for dismissal of the garnishment of property other than wages to be filed in the above referenced matter on behalf of Plaintiffs, Maryland Electrical Industry Health Fund, et al. After docketing the same, please forward the Order to Chief Judge Smalkin for his consideration.

Thank you for your assistance. If you have any questions, or require any additional information, please do not hesitate to contact me.

Very truly yours,

Corey Smith Bott

CSB/jlf
Enclosures